UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DOROTHY MANDEL, | Case No. 22-cv-09189-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE SERVICE AND ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |
| U.S. DEPARTMENT OF EDUCATION, et al., | Re: Dkt. No. 31 |
| Defendants. | |

On March 26, 2024, this Court granted Plaintiff's motion to re-serve Defendants and required the filing of proofs of service by no later than April 5, 2024. (Dkt. No. 31.) The Court has not received any proofs of service.

Accordingly, by no later than July 26, 2024, Plaintiff is ORDERED TO SHOW CAUSE, in writing, why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Failure to timely respond to this Order shall result in the dismissal of this action without further notice.

**IT IS SO ORDERED.**

Dated: July 10, 2024

_____
JEFFREY S. WHITE
United States District Judge