UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DOROTHY MANDEL, | Case No. 22-cv-09189-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING FOR FAILURE TO PROSECUTE** |
| U.S. DEPARTMENT OF EDUCATION, et al., | Re: Dkt. No. 35 |
| Defendants. | |

On October 31, 2024, the Court issued an Order granting Plaintiff an extension of time to serve the Defendants. The Court also ordered her to file proofs of service or waivers of service by no later than December 2, 2024. Finally, the Court advised Plaintiff that if she failed to meet that deadline, the Court would dismiss the case for failure to prosecute.

Plaintiff has not filed any proofs of service or waivers of service, and there has been no other activity in this case. Accordingly, the Court HEREBY DISMISSES this case for failure to prosecute, without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: June 20, 2025

JEFFREY S. WHITE
United States District Judge